UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIRE ATAS,<br><br>                              Plaintiff,<br><br>           -against-<br><br>THE NEW YORK TIMES COMPANY, et al.,<br><br>                              Defendants. | 22-CV-0853 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated May 31, 2022, the Court dismissed Plaintiff's complaint, but granted her 30 days' leave to file an amended complaint of which the Court has subject matter jurisdiction. On June 30, 2022, the Court received a letter from Plaintiff requesting an extension of time to file her amended complaint. The Court grants Plaintiff's request for an extension of time. Plaintiff is directed to file an amended complaint within 30 days of the date of this order. If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such failure, this action will be dismissed for lack of subject matter jurisdiction.

## CONCLUSION

The Court grants Plaintiff's request for an extension of time to file an amended complaint. (ECF 9.) Plaintiff is directed to file an amended complaint within 30 days of the date of this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 1, 2022
         New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge