UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIRE ATAS,

                Plaintiff,

-against-

THE NEW YORK TIMES COMPANY, et al.,

                Defendants.

22-CV-0853 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated May 31, 2022, the Court dismissed Plaintiff's complaint, but granted her 30 days' leave to file an amended complaint of which the Court has subject matter jurisdiction. Plaintiff has since requested two extensions of time, which the Court granted. On August 16, 2022, the Court received a third request from Plaintiff for an extension of time to file her amended complaint. (ECF 13.)

      The Court grants Plaintiff's request for another extension of time. Plaintiff is directed to file an amended complaint within 45 days of the date of this order. If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such failure, this action will be dismissed for lack of subject matter jurisdiction. No further extensions will be granted.

## CONCLUSION

      The Court grants Plaintiff's request for another extension of time to file an amended complaint. (ECF 13.) Plaintiff is directed to file an amended complaint within 45 days of the date of this order.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 17, 2022
         New York, New York

                                             /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                           Chief United States District Judge