September 14 , 2022

From:

Nadire Atas ( Plaintiff)

To:

United States District Court

Southern District of New York

LAURA TAYLOR SWAIN, Chief United States District Judge

**Case Number : 22-CV-00853-LTS**

1. I am the Pro Se Plaintiff in Case Number : 22-CV-00853-LTS and a Canadian national residing in Ontario, Canada

2. By Order dated August 17, 2022, Justice LAURA TAYLOR SWAIN, Chief United States District Judge, granted me an extension of time of forty-five ( 45 ) days to amend and replead my complaint .

3. I respectfully request an extension of an additional forty-five (45 ) days to amend and replead my complaint .

4. I've had some health matters that have delayed me and I need the additional time

5. My complaint also involves complex legal issues and I am still working on drafting . I

respectfully ask for additional time to draft and amend pleadings

Respectfully

Nadire Atas ( Plaintiff) **Case Number : 22-CV-00853-LTS**