UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIRE ATAS,

                 Plaintiff,

-against-

THE NEW YORK TIMES COMPANY, et al.,

                 Defendants.

22-CV-0853 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. By order dated May 31, 2022, the Court dismissed Plaintiff's complaint, but granted her 30 days' leave to file an amended complaint of which the Court has subject matter jurisdiction.[1] Plaintiff has since requested three extensions of time, which the Court has granted. (*See* ECF 10, 12, 14.) On September 14, 2022, the Court received a fourth request from Plaintiff for another 45-day extension of time to file her amended complaint. (ECF 15.) On September 15, 2022, the Court denied Plaintiff's request for an additional 45-day extension; granted her 30-days' leave to submit her amended complaint; and informed her that this was the last extension of time and that, should she fail to submit an amended complaint within the 30 days, a civil judgment will be entered in this action. (ECF 16.) Plaintiff now submits a fifth request for extension of time, seeking another 45-day extension. (ECF 17.)

    The Court denies Plaintiff's request for an additional 45-day extension. As stated in the September 15, 2022, order, Plaintiff has until October 15, 2022, to file her amended complaint. If

---

[1] In the May 31, 2022, order, the Court granted Plaintiff leave to submit an amended complaint to allege a basis for subject matter jurisdiction of this action, and to provide a short and plain statement of her claims and allege facts showing why each defendant named in the amended complaint is liable to her for the alleged libel. (ECF 8, at 8.)

Plaintiff fails to submit an amended complaint by October 15, 2022, a civil judgment will be entered in this action.

## CONCLUSION

The Court denies Plaintiff's request for another 45 days to file an amended complaint. (ECF 17.) Plaintiff is directed to file an amended complaint, in compliance with the Court's May 31, 2022, order, by October 15, 2022. If Plaintiff fails to file an amended complaint by that date, a civil judgment will be entered in this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 5, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge