UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIRE ATAS,

                    Plaintiff,

-against-

THE NEW YORK TIMES COMPANY, et al.,

                    Defendants.

22-CV-0853 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

        On October 5, 2022, the Court denied Plaintiff an additional 45-day extension, and directed her to file an amended complaint by October 15, 2022. (ECF 18.) In response, Plaintiff submits a request for an additional 30-day extension. Plaintiff's request is denied. The Court has granted Plaintiff four extensions, ranging from 30 to 45 days. (*See* ECF 10, 12, 14, 16.) As provided by the October 5, 2022, order, Plaintiff has until October 15, 2022, to file her amended complaint. If Plaintiff fails to submit an amended complaint by October 15, 2022, a civil judgment will be entered in this action. The Court will not address any further requests for extension of time.

## CONCLUSION

        The Court denies Plaintiff's request for an additional 30-day extension to file an amended complaint. (ECF 19.) Plaintiff is directed to file, by October 15, 2022, an amended complaint in compliance with the Court's May 31, 2022, order. If Plaintiff fails to file an amended complaint by October 15, 2022, a civil judgment will be entered in this action. The Court will not address any further requests for extension of time.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 6, 2022
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge