November 9 , 2022

From:

Nadire Atas ( Plaintiff)

To:

United States District Court

Southern District of New York

Judge J. Paul Oetken, United States District Judge

**Case Number : 22-CV-00853-LTS**

1. I am the Pro Se Plaintiff in Case Number : 22-CV-00853-LTS and a Canadian national residing in Ontario, Canada

2. I received the following Order electronically on November 9, 2022:

**ORDER: The Clerk of Court is directed to issue summonses as to the New York Times, Ellen Pollock, Kashmir Hill, the Daily Podcast, and Michael Barbaro, complete the USM-285 forms with the addresses for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Court directs Plaintiff to provide the Court, within 30 days of the date of this Order, the address where Lily Meier may be served. The Clerk of Court is**

**also directed to mail an information package to Plaintiff, including a copy of this Order. (Signed by Judge J. Paul Oetken on 11/9/2022) (ate) Transmission to Pro Se Assistants for processing.**

3. I respectfully ask that an Order be made to the Clerk of Court **NOT** to issue summonses as to the New York Times, Ellen Pollock, Kashmir Hill, the Daily Podcast, and Michael Barbaro, complete the USM-285 forms with the addresses for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service **until further court Order.**

4. The Complaint requires amendments .

5. I am in the process of retaining counsel on this Complaint to amend and to decide other matters

Respectfully

Nadire Atas ( Plaintiff) Case Number : 22-CV-00853-LTS