

**The New York Times Company**

David McCraw
Senior Vice President &
Deputy General Counsel

T 212 556 4031

mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

November 16, 2022

The Honorable J. Paul Oetken
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2101
New York, New York 10007

Re:     Atas v. The New York Times Company (22-cv-00853-JPO)

Dear Judge Oetken:

I am counsel to the Defendants The New York Times Company, Ellen
Pollock, Kashmir Hill, the Daily Podcast, Michael Barbaro, and Lily
Meier (jointly, the "NYT Defendants").[1] I write in response to the Court's
endorsed memorandum decision of November 15, 2022 (Dkt. No. 30).
That decision denied Plaintiff's request that service be delayed, directed
the Court Clerk to proceed with service upon the NYT Defendants through
the U.S. Marshals Service, and gave Plaintiff until December 14, 2022 to
file a second amended complaint.

I write to inform the Court that I will accept service for all the NYT
Defendants at the offices of The New York Times Company, 620 Eighth
Avenue, New York, NY 10018. In light of Plaintiff's new deadline for
filing a second amended complaint, the NYT Defendants respectfully
request that their time to answer, move, or otherwise respond to the first
amended complaint or to the second amended complaint, should one be

---

[1] "The Daily Podcast" is not a legal entity. The Daily is a show produced
by Defendant The New York Times Company.

filed, be extended until January 14, 2023.

We thank the Court for its consideration.

Respectfully submitted,

*David McCraw*

David McCraw

Cc:    Ms. Nadire Atas (by mail)
        411-11 Thorncliffe Park Dr.
        Toronto, ON M4H 1P3
        Canada