# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Nadire Atas**

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

The New York Times Company d/b/a The New York Times,Ellen Pollock,Lily Meier,Kashmir Hill ,THE DAILY PODCAST,Michael Barbaro,John Does 1 8

(List the full name(s) of the defendant(s)/respondent(s).)

1:22 CV 00853 (JPO) (____)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [✔] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I am Pro Se Plaintiff living in Canada , I have drafted and filed Complaint and amended Complaint with SDNY but have not been able to articulate my Complaint in legalise
My Complaints that I have filed contained multiple errors on the New York Consolidated Laws, Civil Practice Law and Rules.
I require pro bono Counsel to represent me because my Complaint involves multiple defendants , is complicated and requires further amendments.
I have been told by many lawyers that inter alia defamation, libel and slander is a specialized field

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have sent requests by email to lawyers and law firms ( EXHIBIT 1); to AVVO (EXHIBIT 2); to Martindale-Hubbell (EXHIBIT 3); to Legal Clinics by direct email and through Contact Forms on websites. I have received emails that lawyers are not taking on new cases ; that this is not their area of law; that the lawyer cannot take the case on a contingency basis ( EXHIBIT 4) . I have received emails from Legal Clinics referring me to other clinics; that either they do not provide referrals orthat they provide referrals but do not have lawyers who practice in this area of law (EXHIBIT 5)

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| December 6, 2022 | *[signature]* |
| Date | Signature |
| Atas, Nadire | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 411-11 Thorncliffe Park Dr | Toronto  Ontario    M4H 1P3 |
| Address | City          State    Zip Code |
| 416-274-5200 | nadireatas@gmail.com |
| Telephone Number | E-mail Address (if available) |