December 16 , 2022

From:

Nadire Atas ( Plaintiff)

To:

United States District Court

Southern District of New York

Judge J. Paul Oetken, United States District Judge

**Case Number : 22-CV-00853-JPO**

1. I am the Pro Se Plaintiff in Case Number : 22-CV-00853-JPO and a Canadian national residing in Ontario, Canada

2. On November 15, 2022, the Court made the following Order:

If Plaintiff wishes to file a second amended complaint, she shall do so by December 14, 2022. If Plaintiff has retained counsel in this matter, counsel is directed to file an appearance by the same date. ( Amended Pleadings due by 12/14/2022.)

3. On December 14, 2022, I emailed to the SDNY Court an attachment of what I believed was my 2nd amended complaint

4. I have just realized that on December 14, 2022 I inadvertently emailed to the SDNY Court an attachment that is one of the multiple rough working copies of my complaint that I had saved on my computer. It is incomplete, rough and one of many copies I had saved on my computer.

5. The attachment I inadvertently filed by email on December 14, 2022 was not intended to be filed.

6. This was my error.

7. I apologize for this error.

8. I respectfully ask for an Order to file my correct 2nd amended complaint that I intended to file on December 14, 2022.

Respectfully

Nadire Atas ( Plaintiff) Case Number : 22-CV-00853-JPO