January 3 , 2023

From:

Nadire Atas ( Plaintiff)

To:

United States District Court

Southern District of New York

Judge J. Paul Oetken, United States District Judge

**Case Number : 22-CV-00853-JPO**

1. I am the Pro Se Plaintiff in Case Number : 22-CV-00853-JPO and a Canadian national residing in Ontario, Canada

2. I filed a third amended complaint on December 28, 2022 with order from the Court,

3. With the holiday season over, I have been able to run my third complaint by a lawyer and discuss with a lawyer .

3. **I ask for permission of fifteen (15) days to file a fourth (4th) amended complaint to expand on the summary of the action in my complaint and on the factual allegations in my complaint .**

4. In addition, I would like to plead *inter alia* the following cause of actions :

   a. Deliberate Infliction of Harm

   b. Civil Conspiracy

   c. Defamation Per Se

   d. Defamation by Implication

    e.   Defamation Slander

    f.   Emotional Distress, Intentional Infliction

    g.   Injurious Falsehood

    h.   A Prima Facie Claim of Defamation

    i.   Intentional Infliction of Emotional Distress

    j.   Negligent Infliction of Emotional Distress

    k.   Negligence and Gross Negligence

    l.   Defendants' Tortious Conduct Has Caused Plaintiff to Suffer Special Damages

    m.   Conflict of interest of the Journalist and the New York Times

Respectfully

Nadire Atas ( Plaintiff) Case Number : 22-CV-00853-JPO)