UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NADIRE ATAS,

                Plaintiff,

-v-

THE NEW YORK TIMES COMPANY, et al.,

                Defendants.

22-CV-853 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The original complaint in this action was filed on January 31, 2022. Plaintiff requested several extensions of time to amend, ultimately submitting an amended complaint ten months later, in October 2022. (Dkt. No. 23.) This Court granted Plaintiff permission to file a second amended complaint (Dkt. No. 32) and additionally granted her permission to correct what she described as the inadvertent filing of an incorrect second amended complaint document (Dkt. No. 40). Plaintiff now requests permission to further amend her complaint. (Dkt. Nos. 44, 46.) At this stage, Plaintiff may amend her pleading "only with the opposing party's written consent or the court's leave." FED. R. CIV. P. 15. "The court should freely give leave when justice so requires." *Id.* Permitting Plaintiff to further delay the progression of this case is contrary to the efficient administration of justice. Plaintiff has had ample opportunity to correct her filings.

    Plaintiff's request for leave to further amend her complaint is therefore DENIED. The operative complaint is the document filed at Docket Number 43. As previously ordered at Docket Number 41, Defendants' deadline to move, answer, or otherwise respond is January 27, 2023.

The Clerk is directed to mail a copy of this order to the *pro se* Plaintiff.

SO ORDERED.

Dated: January 6, 2023
      New York, New York

                                                                J. PAUL OETKEN
                                               United States District Judge