UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIRE ATAS,
                      Plaintiff,

-v-

THE NEW YORK TIMES, *et al.*,
                      Defendants.

22-CV-853 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff filed her third amended complaint on December 28, 2022. (Dkt. No. 43.) That filing added two additional defendants to this action: Aaron Krolik, an additional *New York Times* employee, and Dr. Todd Essig, a source quoted in *A Vast Web of Vengeance*.

David McCraw, counsel for the *Times*, has previously informed the Court that he will accept service for all *Times* Defendants at the offices of The New York Times Company, 620 Eighth Avenue, New York, NY 10018. (Dkt. No. 31).

To allow Plaintiff to effect service on Dr. Krolik through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form"). The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Mr. Krolik via Mr. McCraw.

Plaintiff has not provided an address where Dr. Essig may be served. The Court therefore directs Plaintiff, within seven days of the date of this order, to provide the Court with an address where Mr. Essig may be served. Once Plaintiff has provided a service address for this defendant, the Court will issue an order directing the Clerk of Court to complete the USM-285 form with the address and deliver all documents necessary to effect service to the U.S. Marshals

Service.  If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such failure, the Court will dismiss this Defendant without prejudice.

The Clerk of Court is directed to mail a copy of this Order to the pro se party.

SO ORDERED.

Dated: January 6, 2023
       New York, New York

                                              J. PAUL OETKEN
                                          United States District Judge