UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NADIRE ATAS,

                Plaintiff,

-v-

THE NEW YORK TIMES COMPANY, *et al*.,

                Defendants.

22-CV-853 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On January 6, 2023, the Court directed Plaintiff to provide an address where Defendant Dr. Todd Essig could be served within seven days. (ECF No. 48.) If Plaintiff failed to comply within the allotted time without good cause, the Court made clear that it would dismiss Dr. Essig from this matter, with prejudice.

Plaintiff did not provide Dr. Essig's address until January 24, 2023, and did not provide any justification for the delay. (ECF No. 55.) Because Plaintiff has not shown good cause for her failure to comply with the January 6 order, Plaintiff's claims against Dr. Essig are dismissed with prejudice.

The Clerk of Court is respectfully directed to terminate Dr. Todd Essig as a defendant in this case.

    SO ORDERED.

Dated: February 6, 2023
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge