

David McCraw
Senior Vice President &
Deputy General Counsel

T 212 556 4031

mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

March 8, 2023

The Honorable J. Paul Oetken
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2101
New York, New York 10007

    Re:    <u>Atas v. The New York Times Company (22-cv-00853-JPO)</u>

Dear Judge Oetken:

I am counsel to Defendants The New York Times Company, Ellen Pollock, Kashmir Hill, the Daily Podcast, Aaron Krolik, and Michael Barbaro (jointly, the "NYT Defendants") as well as Defendant Lily Meier.[1] Plaintiff has contacted me and asked that the time for her response to Defendants' two pending motions to dismiss be extended from March 27, 2023 to May 1, 2023. Defendants consent to that extension. Defendants respectfully ask that their replies be due by May 22, 2023. Plaintiff consents to that date for the replies.

We thank the Court for its consideration.

Respectfully submitted,

*David McCraw*

David McCraw

    Cc:    Ms. Nadire Atas (by email)

---

[1] "The Daily Podcast" is not a legal entity. The Daily is a show produced by Defendant The New York Times Company.