UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIRE ATAS,

                Plaintiff,

        -v-

THE NEW YORK TIMES COMPANY, *et al.*,

                Defendants.

22-CV-853 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Order of Service entered at ECF No. 48 stated that Plaintiff's claim against Defendant Dr. Todd Essig would be dismissed without prejudice if Plaintiff failed to provide an address where he could be served within the time allotted—seven days from the date of the Order. After Plaintiff failed to do so, the Court issued an Order at ECF No. 62 stating that Plaintiff's claim against Dr. Essig was dismissed with prejudice.

    In the interest of fair notice, the Court now clarifies that the dismissal was without prejudice. No later than June 8, 2023, Plaintiff must (1) provide a service address for Dr. Essig and (2) show good cause for her failure to provide the address. If Plaintiff fails to do so, her claim against Dr. Essig will be dismissed <u>with prejudice</u>.

    SO ORDERED.

Dated: May 25, 2023
       New York, New York

                                      J. PAUL OETKEN
                                      United States District Judge